## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shirl A. Brant Davis <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 18-10810 TPA |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

          Respectfully submitted,

          **/s/James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          412-430-3594
          jwarmbrodt@kmllawgroup.com