**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shirl A. Brant Davis** | Social Security number or ITIN | **xxx–xx–8807** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–10810–TPA**

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Shirl A. Brant Davis

11/14/18                                                                   **By the court:**   Thomas P. Agresti
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Shirl A. Brant Davis
    Debtor

Case No. 18-10810-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2018
                      Form ID: 318     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
```
db              +Shirl A. Brant Davis,    62 S. Mercer St.,    Sharpsville, PA 16150-1274
14897036         Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
14897037         Discover,    P.O. Box 742655,    Cincinnati, OH 45274-2655
14897040         PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
14897041         PNC Bank, NA,    PO Box 5570,    Cleveland, OH 44101-0570
14897042         Sears Card,    P.O. Box 9001055,    Louisville, KY 40290-1055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:57:14      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14897035         EDI: RMSC.COM Nov 15 2018 08:33:00      BP/SYNCB,    PO Box 530942,    Atlanta, GA 30353-0942
14897034         EDI: BANKAMER.COM Nov 15 2018 08:33:00      Bank of America, NA,    PO Box 15222,
                 Wilmington, DE 19886-5222
14897038         EDI: DISCOVERPL Nov 15 2018 08:33:00      Discover Personal Loans,    PO Box 6105,
                 Carol Stream, IL 60197-6105
14897314        +EDI: PRA.COM Nov 15 2018 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14897039         EDI: RMSC.COM Nov 15 2018 08:33:00      Paypal Credit Svcsgecrb,    PO Box 960080,
                 Orlando, FL 32896-0080
14897043        +EDI: RMSC.COM Nov 15 2018 08:33:00      SYNCB/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
14897044         EDI: RMSC.COM Nov 15 2018 08:33:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
14897045         EDI: RMSC.COM Nov 15 2018 08:33:00      Walmart/Synchrony Bank,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                             TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
```
              David J. Graban    on behalf of Debtor Shirl A. Brant Davis graban@verizon.net
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 4
```